# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 543 WAL 2014
:
          Respondent      :
       : Petition for Allowance of Appeal from the
       : Order of the Superior Court
       v.           :
:
:
:
DANIEL L. SPUCK,       :
:
          Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal and the Application for Leave to Amend are here **DENIED**.